UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

**IN THE MATTER OF:**

GORDON HARMON,                         Case No. 09-23924-DOB
                                                   Chapter 7
          Debtor.                         Honorable DANIEL S. OPPERMAN
_____/

## TRUSTEE'S MOTION TO DISMISS CASE

      NOW COMES Chapter 7 Trustee, Karen E. Evangelista, and moves this Honorable Court to enter an order dismissing the above-entitled case, and in support thereof states as follows:

      1.      Pursuant to 11 U.S.C. § 343, the Debtor shall appear and be examined under oath by creditors.

      2.      Notice was given in compliance with 11 U.S.C. § 341 setting the Creditors' Meeting for December 7, 2009. At that time, the First Meeting of Creditors was adjourned to December 21, 2009 in order for the Debtor to supply documents to the Trustee.

      3.      The Debtor failed to appear at the adjourned designated time.

      WHEREFORE, the Trustee requests that this Court enter an Order, pursuant to 11 U.S.C. § 707(a)(1) dismissing this case for an unreasonable delay that is prejudicial to creditors. A proposed Order is attached hereto and marked as Exhibit "A".

                                                   Respectfully submitted,

                                                   KAREN E. EVANGELISTA,
                                                   CHAPTER 7 TRUSTEE

                                                   */s/ Karen E. Evangelista* (P36144)
                                                   903 N. Opdyke; Ste A2
                                                   Auburn Hills, MI 48326
                                                   (248)276-2533
                                                   kee1008_tee@sbcglobal.net

Dated:    December 23, 2009

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY**

**IN THE MATTER OF:**

GORDON HARMON,                        Case No. 09-23924-DOB
                                                    Chapter 7
            Debtor.                        Honorable DANIEL S. OPPERMAN
_____/

**ORDER DISMISSING CASE**

       Karen E. Evangelista, Chapter 7 Trustee, filed a Motion to Dismiss for the Debtor's failure to appear at the Meeting of Creditors adjourned from December 7, 2009 to December 21, 2009; the Trustee served a copy of the Motion to Dismiss with proposed Order, Proof of Oral Notice, and Certificate of Service on the Debtor; to date the Trustee has received no objection to the dismissal; and the Court being otherwise fully advised in the premises:

       **IT IS HEREBY ORDERED** that the Motion to Dismiss be granted and this case is hereby dismissed.

       **IT IS FURTHER ORDERED** that costs be assessed against the Debtor in the amount of $250.00 for the Trustee being required to file this Motion.

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION – BAY CITY**

**IN THE MATTER OF:**

GORDON HARMON,  Case No. 09-23924-DOB
 Chapter 7
 Debtor.  Honorable DANIEL S. OPPERMAN
_____/

## NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE

Trustee, KAREN E. EVANGELISTA, has filed papers with the court to dismiss your case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, within 14 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

*United States Bankruptcy Court*
*111 First Street*
*Bay City, MI 48707*

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Karen E. Evangelista, Chapter 7 Trustee, 903 N. Opdyke, Ste. A2, Auburn Hills, MI 48326;
Gordon Harmon, Debtor, 3310 Peale Drive, Saginaw, MI 48602;
Office of the U.S. Trustee, 211 W. Fort Street, Ste. 700, Detroit, MI 48226.

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Respectfully submitted,

KAREN E. EVANGELISTA,
CHAPTER 7 TRUSTEE

*/s/ Karen E. Evangelista (P36144)*
903 N. Opdyke; Ste A2
Auburn Hills, MI 48326
(248)276-2533
kee1008_tee@sbcglobal.net

Dated: December 23, 2009

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY**

IN THE MATTER OF:

GORDON HARMON,　　　　　　　　　　　　Case No. 09-23924-DOB
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.　　　　　　　　　　　　　　Honorable DANIEL S. OPPERMAN
_____/

**PROOF OF ORAL NOTICE OF TRUSTEE'S INTENT TO FILE MOTION TO DISMISS**

　　　KAREN E. EVANGELISTA, Chapter 7 Trustee, being duly sworn, deposes and states the following:

　　　1.　　The Debtor's 11 U.S.C. § 341 Meeting of Creditors was set for December 7, 2009 and adjourned to December 21, 2009.  Debtor Gordon Harmon failed to appear at the adjourned date and time.

　　　2.　　The Trustee made the following announcement at the meeting of creditors:

　　　3.　　That the Trustee is filing a Motion to Dismiss the case for Debtor Gordon Harmon's' failure to attend the meeting.

　　　4.　　That if a creditor opposes the Motion or seeks a hearing, the creditor must file and serve on the Trustee an objection or request a hearing within fourteen (14) days from this date.

　　　5.　　That if an objection or request for a hearing is not timely filed and served, the Court may enter an order dismissing the case without a hearing.

　　　　　　　　　　　　　　　　　　　　　/s/  *Karen E. Evangelista* (P36144)
　　　　　　　　　　　　　　　　　　　　　Chapter 7Trustee
　　　　　　　　　　　　　　　　　　　　　903 North Opdyke, Suite A2
　　　　　　　　　　　　　　　　　　　　　Auburn Hills, MI 48326
　　　　　　　　　　　　　　　　　　　　　(248) 276-2533
　　　　　　　　　　　　　　　　　　　　　kee1008_tee@sbcglobal.net

Subscribed and sworn to before
me this 23rd day of December, 2009.

/s/ *Denise A. Lynch*, Notary Public
Macomb County, Michigan, Acting in Oakland County, Michigan
My Commission expires:   May 5, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

**IN THE MATTER OF:**

GORDON HARMON,            Case No. 09-23924-DOB
                                      Chapter 7
       Debtor.               Honorable DANIEL S. OPPERMAN
_____/

**CERTIFICATE OF SERVICE OF MOTION TO DISMISS CASE**

I hereby certify that on December 23, 2009, I served the following Papers:

       MOTION TO DISMISS CASE; PROPOSED ORDER; PROOF OF ORAL NOTICE; NOTICE AND OPPORTUNITY TO RESPOND and CERTIFICATE OF SERVICE;

on the following parties at these addresses:

       Office of the U.S. Trustee via ECF email;

       Gordon Harmon, Debtor, 3310 Peale Drive, Saginaw, MI 48602;

by the following means:

       ECF and regular first class U.S. Mail by depositing same in a U.S. Mail receptacle located in Auburn Hills, Michigan, with the lawful amount of postage affixed thereto.

                                           /s/ *Denise A. Lynch*, an employee of
                                           KAREN E. EVANGELISTA, P.C.
                                           903 North Opdyke Road, Suite A2
                                           Auburn Hills, MI 48326
                                           (248) 276-2533
                                           denise_ly@sbcglobal.net